9;05
(-s)

CIVIL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE JAMES I. COHN
=========================================================

CASE NO. 09-60302  DATE 9/24/09

CLERK Phil Rothschild ~~Valerie Thompkins~~   REPORTER Tammy Nestor

TITLE OF CASE: Gannon v. I.C. Systems

P. ATTORNEY(S): Brenda D. Iorio, Adam Barnett

D. ATTORNEY(S): Dale Golden,

TYPE OF HEARING: Calendar Call

RESULT OF HEARING: Argument on Motions in Limine
Defendant's Motion in Limine [35] - Court defers ruling
Plaintiff's Motion in Limine [DE 37] -- Granted in part + Denied in part as stated
Defendants Motion to Strike Witness Bill Lewis [DE 42] - Grant for failure to disclose as stated on record

Case continued to Wed   Time 9/30   For Trial

Misc.